UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELMAR INTERNATIONAL (USA) INC.,

                     Plaintiff,

         -against-

MVP GROUP INTERNATIONAL, INC. and BANK OF BARODA,

                     Defendants.

**ORDER**

23 Civ. 4289 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the next conference in this action will take place on **December 14, 2023 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       As stated at the September 14, 2023 conference, Plaintiff's motion for an order to show cause as to Defendant MVP Group International (Dkt. No. 24) is withdrawn. The Clerk of Court is directed to terminate the motion.

       Plaintiff will file any amended complaint and renewed motion for an order to show cause by **September 21, 2023**.

Dated: New York, New York
         September 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge