UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELMAR INTERNATIONAL (USA) INC.,

        Plaintiff,

- against -

MVP GROUP INTERNATIONAL, INC., and BANK OF BARODA,

        Defendants.

**ORDER**

23 Civ. 4289 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that fact discovery, including depositions, will be completed by **February 12, 2024**. Any party seeking to file a post-discovery dispositive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **February 19, 2024**. Any opposition letter will be filed by **February 26, 2024**.

      The conference currently scheduled for December 14, 2023, is adjourned to **February 13, at 11:00 a.m.**

Dated:  New York, New York
          December 8, 2023

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge