UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELMAR INTERNATIONAL (USA) INC., | |
| Plaintiff, | **ORDER OF DEFAULT** |
| - against - | 23 Civ. 4289 (PGG) |
| MVP GROUP INTERNATIONAL, INC., and BANK OF BARODA, | |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff commenced this action on May 23, 2023 by filing the Complaint. (Dkt. No. 1)

        Plaintiff filed the Amended Complaint on June 5, 2023 (Dkt. No. 11), and filed the Second Amended Complaint ("SAC") on September 30, 2023.  (Dkt. No. 31)

        Plaintiff served Defendant MVP Group International, Inc. with the SAC on September 22, 2023.  (Aff. of Service (Dkt. No. 36))

        Defendant MVP Group has not filed an answer, moved against the Complaint, or appeared in this action.  The Clerk of Court entered a Certificate of Default against MVP Group on October 16, 2023.  (See Certificate of Default (Dkt. No. 39))

        Plaintiff moved for a default judgment against MVP Group on October 17, 2023. (Dkt. Nos. 40-43)

        On April 1, 2024, this Court ordered MVP Group to show cause why a default judgment should not be entered against it, and set a default hearing for April 15, 2024.  (Dkt. No. 51)

MVP Group has not responded to the order to show cause, and did not appear at the April 15, 2024 hearing.

For the reasons stated at the April 15, 2024 hearing, an order of default is entered against Defendant MVP Group.

This matter is referred to Magistrate Judge Cott for an inquest into damages.

Dated: New York, New York
April 15, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge